UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:24-mj-152-SCR |
|---|---|---|
| v. | ) ) ) | UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING |
| ROMARIO SERBAN | ) ) | |

NOW COMES, the United States of America, by and through Dena J. King, United States Attorney and respectfully submits the following:

1. On April 10, 2024, a Criminal Complaint was filed against Romario Serban in the United States District Court for the Western District of New York (24-MJ-534). The Complaint alleges that Serban participated in a fraudulent credit card skimming scheme involving 19 Walmart stores primarily located in New York state in violation of 18 U.S.C. §§ 1029, 1343, and 1349.

2. On or about April 24, 2024, Serban was arrested in Charlotte, North Carolina pursuant to an arrest warrant.

3. On April 26, 2024, Serban had a Rule 5(c)(3) initial appearance before United States Magistrate Judge Susan C. Rodriguez. The Government moved for detention. A Preliminary Hearing and Detention Hearing were set for May 1, 2024.

4. Pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure, "[t]he magistrate judge must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody and no later than 21 days if not in custody."

5. The Government requests a continuance of the Preliminary Hearing no later than May 10, 2024. The undersigned requires additional time to prepare and coordinate with the United States Attorney's Office for the Western District of New York who prepared the Criminal Complaint, as well as the case agent located in New York who handled the investigation.

6. The Government has conferred with counsel for the Defendant who does not oppose this motion.

Respectfully submitted, this 29th day of April, 2024.

DENA J. KING
UNITED STATES ATTORNEY

/s Eric A. Frick
Eric A. Frick
Special Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
E-mail: eric.frick@usdoj.gov